LOUISE A. RAUCH, Appellant, *v.* MOSSBERG GARAGE CORPORATION,
Respondent.

Supreme Court, Appellate Term, First Department, April 8, 1948.

*Charles E. Powers* for appellant.

*Sol A. Herzog* for respondent.

Judgment affirmed, with $25 costs.

Concur: HAMMER, CHURCH and EDER, JJ.